

**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

**ORIGINAL FILED WITH CLERK**

CHAMBERS OF
**JEROME B. SIMANDLE**
CHIEF JUDGE

June 27, 2013

UNITED STATES COURTHOUSE
ONE JOHN F. GERRY PLAZA
P.O. BOX 888
CAMDEN, NJ 08101
(856) 757-5167

Stephen F. Roth, Esq.
Lerner, David, Littenberg, Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090-1497

Ralph A. Dengler, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102

Re: Data Distribution Technologies v. Brer Affiliates
Civil No. 12-4878 (JBS-KMW)

Dear Counsel:

I have received the letter [Docket Item 38] from Plaintiff's counsel, Mr. Roth, asking me to adjourn Defendants' Joint Motion to Dismiss [Docket Item 35] "as being premature and improperly positioned ahead of the claim construction timing of the Local Patent Rules." Mr. Roth also asks the Court to schedule a Rule 16 conference. Defendants' counsel, Mr. Dengler, filed a letter in response [Docket Item 39] asking me to adjudicate the pending motion and to consider these two letters as the opposition and reply briefs, respectively.

I will adjudicate this motion on the merits as filed. If it is premature or otherwise meritless, then I will deny the motion and schedule a Rule 16 conference promptly thereafter. In addition, Plaintiff may submit an opposition brief and Defendants may submit a reply brief.

The motion day was originally July 1, 2013 and was extended to July 15, 2013 upon Plaintiff's request for an automatic extension pursuant to Local Rule 7.1. Given the potential delay caused by this correspondence, I will extend the motion day to

August 5, 2013. Plaintiff's opposition brief will be due July 15, 2013. Defendants' reply is due July 25, 2013. No further extensions.

                                        Very truly yours,

                                        *[signature]*

                                        JEROME B. SIMANDLE  
                                        Chief U.S. District Judge

JBS/bj

cc:  All counsel of record